UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENDY DREWS,

                Plaintiff,

-against-

GREATER MENTAL HEALTH OF NEW YORK FORMERLY THE MENTAL HEALTH ASSOCIATION OF WESTCHESTER MHA & THE MENTAL HEALTH ASSOCIATION OF ROCKLAND.,

                Defendants.

24 **CIVIL** 6699 (LTS)

**CIVIL JUDGMENT**

      For the reasons stated in the Order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 19, 2024
             New York, New York

                                    /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                Chief United States District Judge